IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21cr-00049-MHT-JTA |
| | ) | |
| WILLIAM LEE HOLLADAY, III, | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED 2021 FEB 23 A 9: 04 DELTA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DIST ALA

## NOTICE OF APPEARANCE

COMES NOW, Joe Espy, III of Melton, Espy & Williams, P.C. and hereby enters his appearance as one of the attorneys of record for Defendant William Lee Holladay, III.

Respectfully submitted,

Joe Espy, III (ASB-6591-S82J)
One of the Attorneys for Defendant
WILLIAM LEE HOLLADAY, III

OF COUNSEL:

Benjamin J. Espy (ASB0699-A64E)
William M. Espy (ASB-0707-A41E)
MELTON, ESPY & WILLIAMS, P.C.
P.O. Drawer 5130
Montgomery, AL 36103
Telephone: 334-263-6621
Facsimile: 334-263-7252
jespy@mewlegal.com
bespy@mewlegal.com
wespy@mewlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing with the Clerk of Court and sent notification of such filing to all counsel of record via electronic mail on this the 22nd day of February, 2021.

Of Counsel

Louis Franklin, Sr.
Jonathan S. Ross
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101