IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21cr-00049-MHT-JTA |
| | ) | |
| WILLIAM LEE HOLLADAY, III, | ) | |
| | ) | |
| Defendant. | ) | |

RECEIVED
2021 FEB 23  A 9: 05

## NOTICE OF APPEARANCE

COMES NOW, Benjamin J. Espy of Melton, Espy & Williams, P.C. and hereby enters his appearance as one of the attorneys of record for Defendant William Lee Holladay, III.

Respectfully submitted,

_____
Benjamin J. Espy (ASB0699-A64E)
One of the Attorneys for Defendant
WILLIAM LEE HOLLADAY, III

OF COUNSEL:

Joe Espy, III (ASB-6591-S82J)
William M. Espy (ASB-0707-A41E)
MELTON, ESPY & WILLIAMS, P.C.
P.O. Drawer 5130
Montgomery, AL 36103
Telephone: 334-263-6621
Facsimile: 334-263-7252
jespy@mewlegal.com
bespy@mewlegal.com
wespy@mewlegal.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I have filed the foregoing with the Clerk of Court and sent notification of such filing to all counsel of record via electronic mail on this the 22nd [23] day of February, 2021.

                                                        _/s/ Ben E._____
                                                        Of Counsel

Louis Franklin, Sr.
Jonathan S. Ross
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101