**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **CRIMINAL ACTION NO.** |
| **v.** ) | **2:21cr49-MHT** |
| ) | |
| **WILLIAM LEE HOLLADAY, III,** ) | |
| **DEBORAH IRBY HOLLADAY, and** ) | |
| **WILLIAM RICHARD CARTER, JR.** ) | |

**ORDER**

Based on the representations made on the record during the status conference on May 5, 2021, it is ORDERED that another on-the-record status conference is set for May 21, 2021, at 8:30 a.m.  The courtroom deputy is to arrange for the conference to be conducted by telephone.

DONE, this the 5th day of May, 2021.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**