IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )        2:21cr49-MHT
                             )            (WO)
WILLIAM LEE HOLLADAY, III    )
DEBORAH IRBY HOLLADAY, and   )
WILLIAM RICHARD CARTER, JR.  )
```

## ORDER

Based on the representations made on the record during the status conference on May 21, 2021, it is ORDERED that the parties will jointly file any additional questions for the juror questionnaire by 5:00 p.m. on September 24, 2021, and will also submit a Word document copy to the court's proposed orders mailbox.

DONE, this the 24th day of May, 2021.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE