IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA                )<br>                                                                  )<br>v.                                                                  )<br>                                                                  )<br>WILLIAM LEE HOLLADAY, III              )<br>DEBORAH IRBY HOLLADAY, and      )<br>WILLIAM RICHARD CARTER, JR.      ) | CASE NO. 2:21-cr-49-MHT-JTA |

### ORDER

Based upon this court's order (Doc. No. 133) resetting the trial in the above-styled case for February 7, 2022, and for good cause, it is

ORDERED that a pretrial conference is set for December 8, 2021 at 2:00 P.M. by telephone. The Courtroom Deputy will provide the dial in information to the parties.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.**

DONE on this 26th day of May, 2021.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE