AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>William Lee Holladay, III, et al<br>_Defendant_ | )<br>)<br>) Case No. 2:21-CR-00049-MHT-JTA<br>)<br>) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   E. Shane Black

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | U.S. Courthouse<br>1 Church Street Montgomery, AL | Courtroom No.: | Judge Myron H. Thompson |
|---|---|---|---|
| | | Date and Time: | 02/07/2022 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

See attachment

(SEAL)

Date:   05/27/2021

DEBRA P. HACKETT
_CLERK OF COURT_

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_   The United States of America   , who requests this subpoena, are:

Jonathan S. Ross
U.S. Attorney's Office
131 Clayton Street
Montgomery, AL 36104
Phone: 334-223-7280

**GOVERNMENT EXHIBIT 1**

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.   2:21-CR-00049-MHT-JTA

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* ___E. Shane Black___
was received by me on *(date)* ___06/08/2021___ .

☒ I served the subpoena by delivering a copy to the named person as follows: ___Electronically delivered (emailed) to sblack@handfirm.com. Received email confirmation from E. Shane Black___ on *(date)* ___June 10, 2021___    ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___06/10/2021___

_____
Server's signature

___Christopher Mausano, Special Agent, ED-OIG___
Printed name and title

___61 Forsyth St SW, Suite 19T30, Atlanta, GA 30303___
Server's address

Additional information regarding attempted service, etc:

## ATTACHMENT TO SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   E. Shane Black

You must also bring with you the following documents, electronically stored information, or objects spanning from July 1, 2015-December 31, 2018:

All documents of any sort in your possession pertaining to: (1) cooperation between Athens City Schools (ACS) (or any employee of ACS) and any non-public school; (2) enrollment in Athens Renaissance School; (3) efforts to establish Alabama Renaissance School; (4) communications with the Alabama State Department of Education (ASDE) regarding funding for ACS or enrollment in ACS; (5) funding for the construction of the new campus of Athens High School; (6) the purchase of computer equipment by ACS between 2015 and 2018; (7) Educational Opportunities and Management, LLC; (8) Tutt Educational Services, LLC; (9) Sage Professional Development, LLC; (10) Integra Ventures, LLC; (11) the establishment of an ACS facility in Marengo County, Alabama; (12) Marengo Academy; (13) Jackson Academy; (14) Pickens Academy; (15) the Lakeside School; (16) Southern Academy; (17) Monroe Academy; (18) Conecuh County, Alabama Schools; (19) Meadowview Christian School; (20) Abbeville Christian Academy; and (21) Marion Academy.