

**U.S. Department of Justice**
*United States Attorney's Office*
*Middle District of Alabama*

131 Clayton Street
Montgomery, Alabama 36104
Telephone: 334/223-7280
Fax: 334/223-7560

July 12, 2021

**VIA ELECTRONIC MAIL**

Joseph C. Espy, II
William M. Espy
Benjamin J. Espy
Melton, Espy & Williams P.C.
255 Dexter Avenue
Montgomery, Alabama 36104

Benjamin E. Schoettker
Barfoot & Schoettker
608 South Hull Street
Montgomery, Alabama 36104

Alan Samuel Diamond
Keith F. Szachacz
Kepler B. Funk
Funk Szachacz & Diamond LLC
3962 Melbourne, Florida 32934

      Re:    United States v. William Lee Holladay, III, et al., No. 2:21-CR-49-MHT-JTA
             (M.D. Ala.) – Notice of service of trial subpoena on E. Shane Black, Esq.

Dear Counsel:

      We write to advise you that on June 8, 2021, Special Agent Chris Maisano of the United States Department of Education – Office of Inspector General served a subpoena on E. Shane Black, an attorney who, during the relevant period, served as counsel to the Athens City Board of Education. The subpoena requested testimony at the trial scheduled in this case. It also sought pertinent documents.

      I am providing you this notice as a courtesy and not out of any obligation. The government contends that any privilege that might exist involving Mr. Black is held by the Athens City Board of Education and may be waived by that board. Additionally, it is the government's view that the crime fraud exception to the attorney-client privilege applies and overcomes any privilege that may exist if the board does not decide to waive the privilege.

**GOVERNMENT EXHIBIT 2**

Please do not hesitate to contact me if you have any questions about this matter.

                                        Respectfully yours,

                                        VERNE H. SPEIRS
                                        Attorney for the United States,
                                        Acting under Authority Conferred by
                                        28 U.S.C. § 515

                                        Jonathan S. Ross
                                        Assistant United States Attorney

                                        Alice S. LaCour
                                        Assistant United States Attorney