LAW OFFICES
# MELTON, ESPY & WILLIAMS, P.C.
255 DEXTER AVENUE
MONTGOMERY, AL 36104

JOSEPH C. ESPY, III
JAMES E. WILLIAMS
J. FLYNN MOZINGO
C. MARK BAIN
BENJAMIN J. ESPY*
WILLIAM M. ESPY

*ALSO ADMITTED IN MISSISSIPPI

OAKLEY W. MELTON, JR.
(1927-2013)

MAILING ADDRESS:
P.O. DRAWER 5130
MONTGOMERY, AL 36103-5130
TELEPHONE (334) 263-6621
FAX (334) 263-7252

July 15, 2021

*VIA ELECTRONIC MAIL*

E. Shane Black, Esq.
HAND ARENDALL, LLC
102 S. Jefferson Street
Athens, AL 35611

    RE:    Dr. Trey Holladay
            Former Athens City School Board of Education Superintendent

Dear Mr. Black:

    We have been informed by the Government that you have been subpoenaed. This letter is to inform you that at this time, Dr. Holladay does not waive his attorney-client privilege concerning his communications and dealings with you.

                      Sincerely,

                      William M. Espy

WME/gb

cc:    Jonathan Ross (via email)
        David McKnight (via email)

GOVERNMENT EXHIBIT 3