| | |
|---|---|
| **From:** | Bridges, Benjamin (BH) (FBI) |
| **To:** | Ross, Jonathan (USAALM) |
| **Subject:** | Fwd: [EXTERNAL EMAIL] - Fw: Meeting Request |
| **Date:** | Wednesday, September 16, 2020 8:56:23 AM |

-

---------- Forwarded message ----------
From: Mary Scott Hunter <hunter@maryscotthunter.com>
Date: Sep 15, 2020 5:42 PM
Subject: [EXTERNAL EMAIL] - Fw: Meeting Request
To: "Bridges, Benjamin (BH) (FBI)" <bbridges@fbi.gov>
Cc:

# Mary Scott Hunter

**PO Box 18572, Huntsville, AL 35804**
**hunter@maryscotthunter.com**

----- Forwarded Message -----
**From:** Trey Holladay <trey.holladay@acs-k12.org>
**To:** Mary Scott Hunter <hunter@maryscotthunter.com>
**Sent:** Friday, August 18, 2017, 06:29:25 AM CDT
**Subject:** Re: Meeting Request

Mary Scott,

I am more than happy to let you try to come to a resolution.  There is no doubt that this will head to court if we can't find the root cause of why this continues to happen.  Our board was ready to file today, but Shane made sure for all of us understood that is a last resort.  This private school deal continues to pop up, but we've put every assurance in place to prevent it from happening.

But my frustration lies in the fact of, so what!  If a parent provides us with a withdrawal form and a statement of understanding that they can't be dual-enrolled, and then re-enrolled to take bible classes or play sports, why should we be punished.  They are taking a full class load from us and we're educating them.  I don't believe all this is happening, but it's a worse case scenario and it's still not against the law!!

As always, I appreciate your help and continued support of ACS.

I hope the campaign is going well and I look forward to seeing you soon.  I have something for the campaign when I see you next.

W.L. 'Trey' Holladay, Ed.D.
Superintendent
Athens City Schools
256-233-6601
trey.holladay@acs-k12.org



GOVERNMENT EXHIBIT 6

Sent from my iPhone

On Aug 18, 2017, at 5:27 AM, Mary Scott Hunter <hunter@maryscotthunter.com> wrote:

> Trey,
> Let me get with Mike today please and see what's happened. Obviously, you, your Board, and your stakeholders are frustrated, and that's totally understandable. What you are doing is innovative, so it's probably driving some of this back and forth.
>
> Mike,
> Will you please call me at your convenience today?
>
> Thank you Gentlemen,
> Mary Scott
>
> # Mary Scott Hunter
> www.MaryScottHunter.com
>
> ---
>
> **From:** Trey Holladay <trey.holladay@acs-k12.org>
> **To:** msentance@alsde.edu
> **Cc:** Shane Black <sblack@handarendall.com>
> **Sent:** Thursday, August 17, 2017 11:14 PM
> **Subject:** Meeting Request
>
> Mr. Sentance,
>
> I have received notification that our foundation funding has been cut by $4,550,000 because the ALSDE received a call from a private school that stated students were enrolled there and in Athens Renaissance School. This notification comes after our budget hearings and adoption for 2018 based on the numbers we were given on July 14th.
>
> I am requesting a meeting to come and meet with you and staff as to why we were cut by what appears to be an arbitrary number. Our attorney, CSFO, and I are all available on Tuesday (22nd) after 1:00, Wednesday (23rd) at 8:00, or any time Thursday (24th) or Friday (25th).
>
> It is extremely frustrating to have started school and be hit with something that happened the previous school year. We have done everything the law requires, the ALSDE has asked and directed, and our board policy governs. We passed our virtual school audit this past spring and invited the department back to review records when questions were asked in early summer. We have now been taken to task three years in a row. We

are more than willing to correct or explain any identifiable problems, but totally object to doing everything asked and then being penalized.

Please let me know as soon as possible so we can make arrangements. Thank you!

W.L. 'Trey' Holladay, Ed.D.
Superintendent
Athens City Schools
256-233-6601
trey.holladay@acs-k12.org

Sent from my iPhone
--


Confidentiality Notice: The information contained herein is intended for the person(s) or company(s) to whom it is addressed and may contain confidential and/or legally privileged material. If you are not the intended recipient of this message or if this message has been addressed to
you in error, please immediately alert the sender by replying to the message and then delete the message and any attachments. Any review, retransmission,dissemination or other use of, or of any action in reliance upon, this information by person(s) or company(s) other than the intended recipient(s) is strictly prohibited

Confidentiality Notice: The information contained herein is intended for the person(s) or company(s) to whom it is addressed and may contain confidential and/or legally privileged material. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by replying to the message and then delete the message and any attachments. Any review, retransmission,dissemination or other use of, or of any action in reliance upon, this information by person(s) or company(s) other than the intended recipient(s) is strictly prohibited