

Greg Corkren <greg@ed-op.org>

# Fwd: Ed Opp - Revised Version of Termination Agreement
1 message

**Rick Carter** <Rick.Carter@acs-k12.org>  Thu, May 17, 2018 at 10:05 AM
To: Greg Corkren <gregcorkren@gmail.com>

>>> On 5/17/2018 at 10:03 AM, in message <C6C4DBC8-1064-4B16-892C-5B7AB2761C4E@acs-k12.org>, Trey Holladay <trey.holladay@acs-k12.org> wrote:

There are two places to sign.

W.L. 'Trey' Holladay, Ed.D.
Superintendent
Athens City Schools
256-233-6601
trey.holladay@acs-k12.org

Sent from my iPhone

Begin forwarded message:

**From:** "Shane Black" <sblack@handarendall.com>
**Date:** May 17, 2018 at 10:00:46 AM CDT
**To:** "Trey Holladay" <Trey.Holladay@acs-k12.org>
**Subject: Ed Opp - Revised Version of Termination Agreement**

Trey,

Please use this one.

Shane

**HAND ARENDALL**
**HARRISON SALE LLC**

**Shane Black**

 256-232-0202  Direct Dial
 256-233-2407  Fax
sblack@handarendall.com

 102 S. Jefferson St.

 Athens, Alabama 35611
www.handarendall.com

*Effective January 1, 2018, Hand Arendall LLC and Harrison Sale McCloy Attorneys at Law have joined together to expand and strengthen practices enhancing our services as a southeast regional law firm.*



GOVERNMENT EXHIBIT 9

> The information contained in this electronic message is intended only for the use of the owner of the email address listed as the recipient of this message and may contain attorney-client privileged and confidential information. If you are not the intended recipient, or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.

Confidentiality Notice: The information contained herein is intended for the person(s) or company(s) to whom it is addressed and may contain confidential and/or legally privileged material. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by replying to the message and then delete the message and any attachments. Any review, retransmission,dissemination or other use of, or of any action in reliance upon, this information by person(s) or company(s) other than the intended recipient(s) is strictly prohibited


**EOM Termination Agreement FINAL.doc**
53K