IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.           ) | 2:21cr49-MHT |
| ) | |
| WILLIAM LEE HOLLADAY, III,   ) | |
| DEBORAH IRBY HOLLADAY, and ) | |
| WILLIAM RICHARD CARTER, JR.  ) | |

ORDER

Based on the representations made on the record on September 23, 2021, it is ORDERED as follows:

(1) The government's motion in limine (Doc. 161) is granted to the extent that the documents to be provided to the government by attorney E. Shane Black and the Athens Board of Education in response to the government's trial subpoena are provisionally admissible with respect to the threshold issue of privilege.

(2) The government's motion in limine (Doc. 161) is otherwise denied with leave to refile as to any issues the government believes have not been resolved.

DONE, this the 23rd day of September, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE