IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA       )
                               )     CRIMINAL ACTION NO.
     v.                        )        2:21cr49-MHT
                               )
WILLIAM LEE HOLLADAY, III,     )
DEBORAH IRBY HOLLADAY, and     )
WILLIAM RICHARD CARTER, JR.    )
```

ORDER

Based on the representations made on the record on September 23, 2021, it is ORDERED that, on or before October 21, 2021, counsel for the parties shall jointly submit to the court a proposed logistical plan for the identification of documents that the parties intend to use at trial.

DONE, this the 23rd day of September, 2021.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE