IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:21cr49-MHT
                             )
WILLIAM LEE HOLLADAY, III,   )
DEBORAH IRBY HOLLADAY, and   )
WILLIAM RICHARD CARTER, JR.  )

ORDER

It is ORDERED that defendants William Lee Holladay, III, Deborah Irby Holladay, and William Richard Carter, Jr.'s motion for additional juror questions (Doc. 166) is set for submission, without oral argument, on October 11, 2021, with the government to file a response by October 4, 2021.  The Holliday defendants and defendant Carter are allowed to file a reply by October 11, 2021.

DONE, this the 27th day of September, 2021.

     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE