IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v. ) | 2:21cr49-MHT |
| ) | |
| WILLIAM LEE HOLLADAY, III ) | |
| DEBORAH IRBY HOLLADAY, and ) | |
| WILLIAM RICHARD CARTER, JR. ) | |

ORDER

It is ORDERED that that the parties are to comply with their Joint Proposed Logistical Plan for Identification and Exchange of Proposed Trial Exhibits (Doc. 170).

DONE, this the 21st day of October, 2021.

                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE