IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:21-cr-49-MHT-JTA |
| | ) | |
| WILLIAM LEE HOLLADAY, III, et al. | ) | |

**ORDER**

Before the Court is Athens City Schools' Motion for Protective Order (Doc. No. 172) filed on November 29, 2021, wherein the movant references a subpoena that was issued requesting production of "physical, permanent education files of forty-nine (49) students". Accordingly, it is

ORDERED that the movant, Athens City School, shall file a notice with the court identifying the name of the party who issued the trial subpoena and forward a copy of the subpoena to **propord_adams@almd.uscourts.gov** on or before **5:00 p.m.** on **December 1, 2021**.

The Clerk is directed to forward a copy of this Order electronically to the movant Athens City School.

DONE this 30th day of November, 2021.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE