IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR. NO. 2:21cr-00049-MHT-JTA |
| | ) |
| WILLIAM LEE HOLLADAY, III, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW Defendant, William Lee Holladay, III, by and through undersigned counsel, and hereby notifies this Court of the Defendant's intent to change his plea of NOT GUILTY to a plea of GUILTY to Count 1: 18 U.S.C. § 371 – Conspiracy.

Respectfully submitted.

/s/ William M. Espy
William M. Espy (ASB-0707-A41E)
One of the Attorneys for Defendant
WILLIAM LEE HOLLADAY, III

OF COUNSEL:

Joe Espy, III (ASB-6591-S82J)
Benjamin J. Espy (ASB0699-A64E)
MELTON, ESPY & WILLIAMS, P.C.
P.O. Drawer 5130
Montgomery, AL 36103
Telephone:  334-263-6621
Facsimile:   334-263-7252
jespy@mewlegal.com
bespy@mewlegal.com
wespy@mewlegal.com

## CERTIFICATE OF SERVICE

      I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on this the 7th day of December, 2021.

                                              */s/ William M. Espy*
                                              Of Counsel

| | |
|---|---|
| Jonathan S. Ross<br>Alice LaCour<br>Brett J. Talley<br>Verne H. Speirs<br>U.S. Attorney's Office<br>131 Clayton Street<br>Montgomery, AL 36104 | *Attorney for Defendant Greg Corkren*<br>Maxwell H. Pulliam<br>MAXWELL H. PULLIAM, LLC<br>301 19th Street North<br>The Kress Building, Suite 519<br>Birmingham, Alabama 35206 |
| *Attorney for Deborah Holladay*<br>Benjamin E. Schoettker<br>608 South Hull Street<br>Montgomery, Alabama 36104 | *Attorney for Defendant Webb Tutt*<br>Jason C. Neff<br>2610 6th Street, Suite B<br>Tuscaloosa, Alabama 35401 |
| *Attorney for Thomas Sisk*<br>Russell Crumbley<br>2304 Memorial Parkway, SW<br>Huntsville, Alabama 35801 | *Attorney for William Carter, Jr.*<br>Stephen Ganter<br>Middle District of Alabama<br>817 South Court Street<br>Montgomery, Alabama 36104 |