IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CR. NO. 2:21cr-00049-MHT-JTA |
| | ) |
| WILLIAM LEE HOLLADAY, III, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO CONTINUE SENTENCING DATE

COMES NOW the Defendant William Lee Holladay, III ("Holladay"), and respectfully requests a continuance of the sentencing date scheduled in this matter. As grounds for said motion, Holladay submits the following:

1. Holladay is scheduled to be sentenced on March 31, 2022.

2. Counsel for Holladay needs to address certain issues with the Government prior to filing his sentencing memorandum and prior to having a sentencing hearing.

3. In addition, discussions with the Government may result in the need for further discussions with probation regarding the Presentence Report.

4. As this Court is aware, the trial of Defendant Carter is in progress which makes communications with the Government limited and challenging to resolve pending issues relating to Holladay at this time.

5. The Government has no objection to a continuance of the sentencing.

WHEREFORE, Defendant Holladay respectfully requests a continuance of the sentencing hearing in this matter to a date convenient to this Honorable Court.

    Respectfully submitted.

                                                  */s/ William M. Espy*
                                                William M. Espy (ASB-0707-A41E)
                                                One of the Attorneys for Defendant
                                                WILLIAM LEE HOLLADAY, III

OF COUNSEL:

Joe Espy, III (ASB-6591-S82J)
Benjamin J. Espy (ASB0699-A64E)
MELTON, ESPY & WILLIAMS, P.C.
P.O. Drawer 5130
Montgomery, AL 36103
Telephone:  334-263-6621
Facsimile:  334-263-7252
jespy@mewlegal.com
bespy@mewlegal.com
wespy@mewlegal.com

**CERTIFICATE OF SERVICE**

     I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record on this the 10th day of March, 2022.

                                                 /s/ *William S. Espy*
                                                 Of Counsel

| | |
|---|---|
| Jonathan S. Ross<br>Alice LaCour<br>Brett J. Talley<br>Verne H. Speirs<br>U.S. Attorney's Office<br>131 Clayton Street<br>Montgomery, AL 36104 | Maxwell H. Pulliam<br>MAXWELL H. PULLIAM, LLC<br>301 19th Street North<br>The Kress Building, Suite 519<br>Birmingham, Alabama 35206<br>*Attorney for Defendant Greg Corkren* |
| Russell Crumbley<br>2304 Memorial Parkway, SW<br>Huntsville, Alabama 35801<br>*Attorney for Thomas Sisk* | Jason C. Neff<br>2610 6th Street, Suite B<br>Tuscaloosa, Alabama 35401<br>*Attorney for Defendant Webb Tutt* |
| Alan S. Diamond<br>Kepler B. Funk<br>Keith F. Szachacz<br>3962 W. Eau Gallie Blvd., Suite B<br>Melbourne, FL 32934<br>*Attorneys for William Carter, Jr* | |