IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr49-MHT |
| | ) | (WO) |
| WILLIAM LEE HOLLADAY, III, | ) | |
| WILLIAM RICHARD CARTER, | ) | |
| JR., GREGORY EARL CORKREN, | ) | |
| DAVID WEBB TUTT, and | ) | |
| THOMAS MICHAEL SISK | ) | |

RESTITUTION PROCEDURE ORDER

The court has before it the joint proposed plan of the government and defendants William Lee Holladay, III, Gregory Earl Corkren, David Webb Tutt, and Thomas Michael Sisk (Doc. 322) and the addendum of defendant William Richard Carter, Jr. (Doc. 323).  In light of the parties' filings, with respect to the issue of restitution, it is ORDERED that:

(1) The court shall order restitution in this case, the amount of which is yet to be determined.  *See* 18 U.S.C. § 3663A(a)(1); *see also United States v. Rodriguez*, 751 F.3d 1244, 1260 (11th Cir. 2014).

(2) A in-person hearing on restitution is set for July 12, 2022, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The government shall file its prehearing brief by June 21, 2022. The defendants shall file their prehearing briefs by June 28, 2022. The government may file a reply brief on or before July 5, 2022. If, at any time, the parties can <u>unanimously</u> agree to the hearing being by videoconferencing, they should so inform the court in writing.

(3) By May 13, 2022, the parties shall file a joint statement informing the court of the status of their efforts to reach an agreement on the issue of restitution.

DONE, this the 25th day of April, 2022.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE