IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:21cr49-MHT
                              )            (WO)
WILLIAM LEE HOLLADAY, III,    )
WILLIAM RICHARD CARTER,       )
JR., GREGORY EARL CORKREN,    )
DAVID WEBB TUTT, and          )
THOMAS MICHAEL SISK           )
```

LOSS PROCEDURE ORDER

The court has before it the joint proposed plan of the government and defendants William Lee Holladay, III, Gregory Earl Corkren, David Webb Tutt, and Thomas Michael Sisk (Doc. 322) and the addendum of defendant William Richard Carter, Jr. (Doc. 323).  In light of the parties' filings, with respect to the issue of calculation of intended loss under United States Sentencing Guidelines Manual § 2B1.1 (U.S. Sentencing Comm'n 2021), it is ORDERED that:

(1) By May 4, 2022, the parties shall file a joint statement indicating whether the government and/or any of defendants Holladay, Corkren, Tutt, and Sisk contest

the United States Probation Office's calculation of the amount of intended loss in the presentence investigation reports.  If any party does contest Probation's calculation, the joint statement shall (i) summarize the expected issue(s) for the court and (ii) propose next steps (with a timeline) to resolve the issue(s), which may include holding an evidentiary hearing as discussed in the joint proposed plan (Doc. 322).

(2) The court will address this loss calculation issue for defendant Carter after he has received a draft of his presentence investigation report. Defendant Carter shall file a notice with the court within two business day of when he has received the draft report, and shall indicate how he proposes the court proceed on the loss issue.

DONE, this the 25th day of April, 2022.

                                           /s/ Myron H. Thompson
                                           UNITED STATES DISTRICT JUDGE