IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr49-MHT |
| | ) | |
| WILLIAM LEE HOLLADAY, III, | ) | |
| WILLIAM RICHARD CARTER, | ) | |
| JR., GREGORY EARL CORKREN, | ) | |
| DAVID WEBB TUTT, and | ) | |
| THOMAS MICHAEL SISK | ) | |

### ORDER ON MENTAL-HEALTH ISSUES IN SENTENCINGS AND REVOCATION PROCEEDINGS

Mental-health issues arise repeatedly in sentencings and revocation hearings before the court. As a general matter, it is the court's preference to address these issues proactively as part of the sentencing or revocation process through treatment recommendations to the Bureau of Prisons and tailored supervision conditions, including individualized treatment designed to prevent future law-breaking and to improve a defendant's chance of becoming a healthy, productive, and law-abiding citizen. So that these proceedings can be handled as effectively and efficiently as possible, counsel may wish to obtain

evaluations of defendants in advance of the sentencing or revocation hearing, either in the local community or, when necessary, through commitment to the Bureau of Prisons. Accordingly, counsel for both sides should familiarize themselves with the following decisions of this court in advance of the sentencing or revocation hearing when the relevant issues arise.

(1) Substance Abuse, Addiction, and Mental Health Disorders Generally: *United States v. Mosley*, 277 F. Supp. 3d 1294 (M.D. Ala. 2017) (explaining the need for an evaluation of substance abuse); *United States v. Mosley*, 312 F. Supp. 3d 1289 (M.D. Ala. 2018) (considering the results of an evaluation of substance abuse in determining sentence, treatment recommendations, and conditions of supervised release); *United States v. Willis*, No. 2:17CR509-MHT, 2018 WL 6003866 (M.D. Ala. Nov. 15, 2018) (discussing the need for an evaluation of substance abuse, intellectual disability, and other mental-illness issues for sentencing purposes).

(2) Childhood Trauma: *United States v. Carter*, 506 F. Supp. 3d 1204 (M.D. Ala. 2020) (discussing the relevance of an evaluation of childhood trauma in sentencing).

(3) Mental-Health Issues Underlying Domestic Violence: *United States v. Henderson*, 541 F. Supp. 3d 1312 (M.D. Ala. 2021) (discussing mental evaluation focused on the issues underlying domestic violence and using evaluation to determine individualized treatment and conditions of release designed to avoid reoffending); *United States v. Powell*, No. 2:19CR139-MHT, 2021 WL 5225615 (M.D. Ala. Nov. 9, 2021) (same).

DONE, this the 12th day of May, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**