IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:21cr49-MHT |
| | ) | |
| WILLIAM LEE HOLLADAY, III, | ) | |
| WILLIAM RICHARD CARTER, | ) | |
| JR., GREGORY EARL CORKREN, | ) | |
| DAVID WEBB TUTT, and | ) | |
| THOMAS MICHAEL SISK | ) | |

## ORDER

It is ORDERED that the sentencings of all defendants are reset for June 28, 2022, at 8:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 17th day of May, 2022.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**