IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21-CR-49-MHT-JTA-1 |
| | ) | |
| WILLIAM LEE HOLLADAY, III | ) | |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL
PURSUANT TO UNITED STATES SENTENCING GUIDELINE § 3E1.1(b)
FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America submits this motion to reduce the defendant's offense level by one level pursuant to § 3E1.1(b) of the Sentencing Guidelines. See U.S.S.G. § 3E1.1(b).

The government files this motion because the defendant assisted authorities in the investigation and prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and allowing the government and this Court to efficiently allocate their resources.

Accordingly, pursuant to § 3E1.1(b), a one-level reduction is appropriate. Combined with the two-level reduction applied to the defendant's offense level pursuant to § 3E1.1(a), a total reduction of three levels should be applied to the defendant's offense level for acceptance of responsibility.

Respectfully submitted this this 21st day of June, 2022.

        ALICE S. LACOUR
        ATTORNEY FOR THE UNITED STATES
        ACTING UNDER AUTHORITY
        CONFERRED BY 28 U.S.C. § 515

        /s/ Jonathan S. Ross
        Jonathan S. Ross
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: jonathan.ross@usdoj.gov

        /s/ Brett J. Talley
        Brett J. Talley
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: brett.talley@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:21-CR-49-MHT-JTA-1 |
| | ) | |
| WILLIAM LEE HOLLADAY, III | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                               Respectfully submitted,

                                               /s/ Jonathan S. Ross
                                               Jonathan S. Ross
                                               Assistant United States Attorney
                                               131 Clayton Street
                                               Montgomery, Alabama 36104
                                               Phone: (334) 223-7280
                                               Fax: (334) 223-7135
                                               E-mail: jonathan.ross@usdoj.gov