IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )      CRIMINAL ACTION NO.
     v.                       )         2:21cr49-MHT
                              )            (WO)
WILLIAM LEE HOLLADAY, III     )
```

ORDER

Upon consideration of defendant William Lee Holladay, III's motion for early termination of supervised release (Doc. 587) and the responses to the motion, it is ORDERED that the motion is denied with leave to renew after the defendant completes one year of supervision. The court believes that it should first see how the defendant has performed for one year before deciding whether to terminate his supervision early.

The question has arisen as to whether the court is authorized to prospectively terminate supervision early, that is, now, with the early termination to take place in one year. The court need not reach that issue because, even if it could, it would not do so; as

stated, the court prefers to review the defendant's performance over the next year before deciding whether to terminate supervision early.

DONE, this the 17th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE