IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )      CRIMINAL ACTION NO.
    v.                       )        2:21cr49-MHT
                             )            (WO)
WILLIAM LEE HOLLADAY, III    )
```

ORDER

Upon consideration of defendant William Lee Holladay, III's motion to modify the restitution payment schedule (Doc. 589), which is unopposed by the government and the probation office, and for good cause shown, it is ORDERED that:

(1) The motion is granted.

(2) Defendant Holladay shall pay restitution at a rate of not less than $ 150 per month.

DONE, this the 17th day of March, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE